IN RE RONALD COLEMAN, RELATOR

NO. 07-01-0333-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 23, 2001

______________________________

IN RE RONALD COLEMAN, RELATOR

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

By letter dated August 7, 2001, this Court directed relator Roland Coleman to pay the required filing fee of $75.00 by August 21, 2001, before any further action could be taken in his original proceeding entitled “Petition for Writ of Mandamus” noting that failure to do so might result in dismissal.   Unless a party is excused from paying a filing fee, the Clerk of this Court is required to collect filing fees when an item is presented for filing.  
See
 Tex. R. App. P. 5 and 12.1(b).  Thus, because the filing fee of $75.00 remains unpaid, we must dismiss the proceeding for failure to comply with the Texas Rules of Appellate Procedure and a notice from the Clerk of this Court.  Tex. R. App. P. 42.3(c).  

Don H. Reavis

    Justice

Do not publish.